# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TAMMY L. SMITH                                                        PLAINTIFF

VS.                           4:17CV00837 BRW/PSH

SOCIAL SECURITY ADMINISTRATION                        DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Tammy L. Smith's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 24th day of September, 2018.


                                        /s/ Billy Roy Wilson _____
                                        UNITED STATES DISTRICT JUDGE