IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMY L. SMITH                                                                PLAINTIFF

VS.                              4:17CV00837 BRW/PSH

SOCIAL SECURITY ADMINISTRATION                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 24th day of September, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE